UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN C. STAULO, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 1:12-cv-10975-JLT |
| | ) |
| PNC MORTGAGE, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, John C. Staulo and PNC Bank, N.A., for the misnamed PNC Mortgage, hereby stipulate that all claims asserted in this action be dismissed with prejudice and without costs, with each party bearing its own attorneys' fees and waiving all rights of appeal and further judicial review.

    Respectfully submitted,

PLAINTIFF,
John C. Staulo

*/s/ John C. Staulo*
_____
John C. Staulo, pro se
220 Woodward St.
Newton, MA  02168

DEFENDANT,
PNC Bank, N.A. for the misnamed PNC Mortgage,
By its attorneys,

*/s/ Ben N. Dunlap*
_____
Patrick T. Voke, B.B.O. # 553033
Patrick.Voke@leclairryan.com
Ben N. Dunlap, B.B.O. #661648
Ben.Dunlap@leclairryan.com
LECLAIRRYAN, *A Professional Corporation*
One International Place – 11th Floor
Boston, MA  02110

Dated: August 13, 2013    Tel:  (617)502-8200

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and electronic copies will be sent to those indicated as non-registered participants on August 13, 2013.

*/s/ Ben N. Dunlap*
_____
Ben N. Dunlap